THE YOCCA LAW FIRM LLP
MARK W. YOCCA, State Bar No. 137189
PAUL KIM, State Bar No. 157608
JARED GLICKSMAN, State Bar No. 247124
19900 MacArthur Boulevard, Suite 650
Irvine, California 92612
Telephone:  (949) 253-0800
Facsimile:   (949) 253-0870

Attorneys for Plaintiff,
DAVID OAS, CHRISTINE BALABAN AND ELIZABETH OAS, As Co-Trustees of THE JANET C. LUDVIGSON TRUST DATED JUNE 1, 1988, a California trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID OAS, CHRISTINE BALABAN and ELIZABETH OAS, As Co-Trustees of THE JANET C. LUDVIGSON TRUST DATED JUNE 1, 1988, a California trust,<br><br>            Plaintiff,<br>      vs.<br><br>RAMA CAPITAL PARTNERS, LLC, a California limited liability company; THE RAMA FUND, LLC, a California limited liability company; ATHAS CAPITAL GROUP, INC.; a California corporation; ANTHONY TAMRAZ, an individual; A J TAMRAZ, INC., a California corporation; CESAR HERNANDEZ, an individual, SPURS CAPITAL, LLC, a Delaware Limited Liability Company, WILMINGTON | **CASE NO.:** 8:20-cv-01634-MCS-ADS<br><br>Assigned to: Hon. Mark C. Scarsi<br>Courtroom: 7C<br><br>**PLAINTIFF'S NOTICE OF MOTION TO COMPEL THE DEPOSITION OF BRIAN O'SHAUGHNESSY**<br><br>**Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth**<br><br>[*Joint Stipulation, Declaration of Jared Glicksman Filed Herewith*]<br><br>**Date:**             11/03/2021<br>**Time:**             10:00 A.M.<br>**Place:**            **Courtroom 6B**<br>**Discovery Cutoff:** 11/09/2021<br>**Pretrial Conference:** 02/07/2022<br>**Trial Date:**        02/22/2022 |

|  |  |
|---|---|
| 1 | SAVINGS FUND SOCIETY FSB /d/b/a Christina Trust, as Trustee for Bantam Funding Trust 2018-1; FIDELITY NATIONAL TITLE COMPANY, a California corporation; and DOES 1 through 20, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 3, 2021, or as soon thereafter as this matter may be heard before the Honorable Autumn D. Spaeth in Courtroom 6B of the Ronald Reagan Federal Building and United States Courthouse, located at 411 W. Fourth St., Santa Ana, CA 92701, Plaintiff David Oas, Christine Balaban and Elizabeth Oas, as Co-Trustees of The Janet C. Ludvigson Trust Dated June 1, 1988, a California trust ("Plaintiff") will and hereby does move for an order compelling the deposition of Brian O'Shaughnessy, Defendant Athas Capital Group, Inc.'s ("Athas" or "Defendant") Chief Executive Officer.

As discussed in the Joint Stipulation and Plaintiff's Supplemental Memorandum, this motion is based on, among other things, the following:

1. Defendants Athas, The Rama Fund, LLC and Rama Capital Partners, LLC cannot meet their burden to deny/prevent Plaintiff's properly noticed deposition of Defendant Athas' CEO, Brian O'Shaughnessy;

2. Mr. O'Shaughnessy has unique, personal knowledge concerning the loan at issue in this case, as well as Defendants' fraudulent lending activities; and,

3. Defendants' purported objections are baseless and do not excuse Defendants' refusal to comply with Plaintiff's deposition notice because Defendants failed to move for and obtain a protective order or a stay of Mr. O'Shaughnessy's deposition.

This motion is made pursuant to Local Rule 37-1, *et seq.* and is based on the concurrently filed Joint Stipulation including the Declaration of Jared Glicksman,

1  Plaintiff's Supplemental Memorandum, which will be filed in due course, all pleadings
2  on file, and such arguments and other evidence as may be presented at the hearing.

5  DATE: October 4, 2021                  Respectfully Submitted,

                                          THE YOCCA LAW FIRM LLP

                                          /s/ Paul Kim                              .
                                          MARK W. YOCCA
                                          PAUL KIM
                                          JARED GLICKSMAN
                                          Attorneys for Plaintiff
                                          DAVID OAS, CHRISTINE BALABAN AND
                                          ELIZABETH OAS, as Co-Trustees of THE
                                          JANET C. LUDVIGSON TRUST DATED
                                          JUNE 1, 1988, a California trust