UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:20-1634 MCS (ADSx)                              Date:  November 2, 2021

Title: *OAS v. Rama Capital Partners, LLC, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF BRIAN O'SHAUGNESSY**

Before the Court is Plaintiff's Motion to Compel the Deposition of Brian O'Shaughnessy filed on October 12, 20201. (Dkt. No. 112.)  Plaintiff seeks to compel the deposition of Mr. O'Shaughnessy, who is the co-cofounder and currently the CEO of Defendant Athas Capital Group, Inc. ("Athas").  Athas objects to the deposition and opposes the Motion to Compel on the basis that it is an "Apex" deposition and, it argues, Plaintiff has not established the witness's personal and unique knowledge and has not exhausted all other means of discovery first.

The Court has reviewed the Joint Stipulation on the Motion to Compel, and all related filings, including the parties' respective supplemental briefs and declarations. The Court finds the matter appropriate for decision without oral argument.

Plaintiff has established that the deposition of Mr. O'Shaughnessy seeks information relevant to the claims or defenses in this case as required by Rule 26(b)(1). Athas, therefore, has the burden to show this discovery should not occur.  It has not met its burden.  Athas' apex argument is insufficient.  The Court agrees with Plaintiff that the deponent's current position as CEO of Athas does not automatically shield the witness from deposition or alter the burdens for discovery.  The evidence submitted by Athas does not establish that "Apex" protections are appropriate in this cases, nor does

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:20-1634 MCS (ADSx)                    Date: November 2, 2021

Title: *OAS v. Rama Capital Partners, LLC, et al.*

the evidence establish the deposition is not proportional to the needs of this case or that it is an undue burden.  Athas' objections are overruled.

Plaintiff's Motion to Compel the Deposition of Brian O'Shaughnessy (Dkt. No. 112) is granted.  Athas is ordered to make Mr. O'Shaughnessy available for deposition by no later than November 9, 2021, or a date mutually agreed to by the parties.

**IT IS SO ORDERED.**

Initials of Clerk kh