UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 8:20-01634 MCS (ADSx)　　　　　　　　　　　　Date: November 17, 2021

Title: *David Oas v. Rama Capital Partners, LLC, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 11/17/2021 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jared Glicksman | Cheryl S. Chang |
| Mark W. Yocca | Nicole Bartz Metral |

**Proceedings:**   1) PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH ATHAS CAPITAL GROUP'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS [105]; 2) PLAINTIFFS' MOTION FOR SANCTIONS AGAINST ATHAS CAPITAL, INC. [119]; 3) DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION RE: ORDER ON MOTION TO COMPEL DEPOSITION [156]; 4) DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S DOCUMENTS FILED AS EXHIBITS TO THE DECLARATION OF CHERYL S. CHANG AND PORTIONS OF THE EX PARTE APPLICATION RE: RECONSIDERATION [164]; 5) DEFENDANTS' APPLICATION TO FILE DOCUMENT AT ECF NO. 155 UNDER SEAL [180]

Case is called for hearing.  Appearances entered.  Argument by counsel.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:20-01634 MCS (ADSx)          Date: November 17, 2021

Title: *David Oas v. Rama Capital Partners, LLC, et al.*

The Court rules as follows as reflected on the record:

Plaintiffs' Motion to Compel Production of Documents [105] is GRANTED IN PART and DENIED IN PART. Supplemental declarations and necessary supplemental discovery responses and document production shall be completed by December 10, 2021.

Plaintiffs' Motion for Sanctions [119] is DENIED WITHOUT PREJUDICE.

Defendants' Ex Parte Application for Reconsideration [156] is DENIED. Brian O'Shaugnessy must appear for deposition on a date mutually agreed upon by all parties on or before December 16, 2021.

Defendants' Application for Leave to File Under Seal [164] is GRANTED IN PART and DENIED IN PART. The application is granted as to Exhibit 23 only.

Defendants' Application to File document ECF No. 155 Under Seal [189] is DENIED.

Counsel for Plaintiffs shall prepare, circulate for signatures and lodge a proposed order consistent with the Court's rulings.

|  | 2:01 |
|---|---|
| Initials of Preparer | kh |